**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 23-20114-CIV-LENARD/LOUIS

**ISIDRO SUAREZ, et al.,
on behalf of themselves and
all others similarly situated,**

    Plaintiff,

v.

**NATIONSTAR MORTGAGE, LLC
d/b/a Mr. Cooper,**

    Defendant.
_____/

**ORDER SETTING FORTH THE COURT'S POLICY ON MOTIONS FOR EXTENSION OR STSAY OF THE SCHEDULING ORDER DEADLINES**

    Motions for extension of time or for stay regarding the deadlines set forth in the Court's Scheduling Order are highly disfavored. The Parties select and agree to their deadlines as set forth in the Joint Scheduling Report. Thereafter, the Court enters its Scheduling Order and Sets the trial date accordingly. Therefore, in order to preserve the trial date and the administration of the Court's docket, the Court will only grant these motions in the rarest of circumstances, such as an interlocutory appeal.

    **DONE AND ORDERED** in Chambers at Miami, Florida this 11th day of January, 2023.

*[signature: Joan A. Lenard]*
**JOAN A. LENARD
UNITED STATES DISTRICT JUDGE**