**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 23-20114-CIV-LENARD/LOUIS

**ISIDRO SUAREZ, et al.,**

    Plaintiffs,

**v.**

**NATIONSTAR MORTGAGE, LLC**
**d/b/a Mr. Cooper,**

    Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR**
**_PRO HAC VICE_, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

**THIS CAUSE** is before the Court on the Motion to Appear *Pro Hac Vice* for **Erin E. Edwards**, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing ("Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. Having considered the motion and all other relevant factors, it is hereby

    **ORDERED AND ADJUDGED** that:

    The Motion is **GRANTED**. **Erin E. Edwards**, may appear and participate in this action on behalf of **Nationstar Mortgage LLC d/b/a Mr. Cooper**. The Clerk shall provide electronic notification of all electronic filings to **Erin E. Edwards**, at **erin.edwards@troutman.com** and **FSLECFintake@troutman.com**.

The following attorney, who maintains an office in this District, is designated and approved as local counsel with whom the Court and opposing counsel can readily communicate regarding the conduct of the case and upon whom papers shall be served:

**Hallie S. Evans, Esquire,**
**Troutman Pepper Hamilton Sanders LLC**
**600 Peachtree Street, N.E., Suite 3000**
**Atlanta, Georgia 30308-2216**

**DONE AND ORDERED** in Chambers at Miami, Florida this 31st day of January, 2023.

*[signature]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**